# EXHIBIT A

# EXHIBIT A



**Capitol Corporate Services, Inc.**
PO Box 1831
Austin, TX 78767
Phone: (800) 345-4647   Fax: (800) 432-3622
rassop@capitolservices.com

## Service Of Process Transmittal Notice

| | | |
|---|---|---|
| ANTHONY LUDLOW<br>BAYMARK PARTNERS<br>5700 GRANITE PKWY STE 435<br>PLANO TEXAS 75024 | **Date Processed:** | 06/30/2021 |
| | **Completed By:** | BONNIE BERNARD |
| | **Delivery Method to Client:** | FEDEX 2 DAY LETTER |
| | **Tracking Number:** | 176774807428 |

Enclosed please find legal documents received on behalf of the client named below. These documents are being forwarded in accordance with your instructions.

| Date / Time Received | Transmittal # | Delivered to Agent by |
|---|---|---|
| 06/30/2021  1:00 PM in NEVADA | NV-207016 | PROCESS SERVER |

**With Regard to Client**
NBC OPERATIONS, LLC

**Title of Case or Action**
SHANEQUA NORMAN VS. NBC OPERATIONS, LLC ET AL

| **Case Number**<br>A-21-837103-C | **Type of Document Served**<br>CITATION/SUMMONS |
|---|---|

**Court Name**
DISTRICT COURT CLARK COUNTY, NEVADA

**Note**

1-207016A

Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd., Suite 203
Las Vegas, Nevada 89128
Ph: (702)202-4223
Fax: (702)202-2003
maryf.chapman@juno.com
Attorney for Plaintiff

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

SHANEQUA NORMAN,

        Plaintiff,

vs.

NBC OPERATIONS, LLC a Foreign Limited Liability Company licensed to do business in Nevada,

        Defendant.

Case No. A-21-837103-C

Dept.

**SUMMONS - CIVIL**
**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO:** NBC OPERATIONS, LLC: A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

    1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

        (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

        (b) Serve a copy of your response upon the attorney whose name and address is shown below.

    2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

LAW OFFICES OF MARY F. CHAPMAN

By: /S/ Mary F. Chapman, Esq.

Mary F. Chapman, Esq.

Attorney for Plaintiff

8440 West Lake Mead Blvd., Suite 203

Las Vegas, Nevada 89128

STEVEN D. GRIERSON

CLERK OF COURT

_____ 6/29/2021

By: Deputy Clerk   Date

Regional Justice Center

200 Lewis Avenue

Las Vegas, Nevada 89155

Demond Palmer

- 2 -

# AFFIDAVIT OF SERVICE

STATE OF NEVADA            )
                           ) ss:
COUNTY OF CLARK            )

_____, being first duly sworn, says: That at all times herein, affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. This affiant received _____ copy(ies) of the Summons, Complaint and Initial Appearance Fee, _____ on the \_\_\_\_\_ day of _____, 2019, and served the same on the \_\_\_\_\_ day of _____, 2019, by:

**(Affiant must complete the appropriate paragraph)**

1. Delivering and leaving a copy with the Defendant _____ at (state address) _____.

2. Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at (state address) _____.

**[Use paragraph 3 for service upon agent, completing (a) or (b)]**

3. Serving the Defendant _____ by personally delivering and leaving a copy at (state address) _____.

   (a) With _____ as _____, an agent lawfully designated by statute to accept service of process;

   (b) With _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address is the address of the resident agent shown on the current certificate of designation filed with the Secretary of State.

4. Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope, postage prepaid (Check appropriate method):

    ❏ Ordinary mail
    ❏ Certified mail, return receipt requested
    ❏ Registered mail, return receipt requested

addressed to the Defendant _____ at Defendant's last known address which is(state address)

_____

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this _____ day of _____, 2019.

_____
Signature of Person Making Service

Electronically Filed
6/29/2021 1:22 PM
Steven D. Grierson
CLERK OF THE COURT

COMP
Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223
(702)202-2003
maryf.chapman@juno.com
Attorney for Plaintiff

CASE NO: A-21-837103-C
Department 26

**DISTRICT COURT
CLARK COUNTY, NEVADA**

SHANEQUA NORMAN,

    Plaintiff,

vs.

NBC OPERATIONS, LLC a Foreign Limited Liability Company licensed to do business in Nevada,

    Defendant.

Case No.
Dept.

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff, Shanequa Norman (hereafter "Plaintiff" or "Norman"), by and through her attorney, the Law Office of Mary F. Chapman, Ltd., hereby alleges and complains as follows:

### VENUE AND JURISDICTION

1. This action is being brought pursuant to the common law of the State of Nevada as defined by the Nevada Supreme Court in <u>Hansen v. Harrahs</u>, 100 Nev. 60 (1984), tortuous discharge for filing a workers compensation claim.

2. Additionally, Ms. Norman alleges a violation of the Americans With Disabilities Act of 1990 (hereafter "ADA"), as amended, 42 U.S. C. §12111, et seq., and Nevada Revised Statutes §613.330.

3. The conduct and employment issues alleged herein occurred in County of Clark, Nevada.

4. Ms. Norman is seeking damages in excess of ten thousand dollars ($10,000.00).

5. Accordingly, venue and jurisdiction are properly established with this Court.

### GENERAL ALLEGATIONS

6. At all relevant times, Ms. Norman was employed by Defendant in Clark County, Nevada and was during all relevant times a resident of Clark County, NV.

7. Ms. Norman was employed by Defendant NBC Operations, LLC (hereafter "Defendant" or "NBC") as a MRI technologist in Las Vegas, Nevada.

8. On or about February 22, 2018, Ms. Norman reported a shoulder injury caused by repetitive on the job activity.

9. Based upon restriction placed upon her by her doctor, Ms. Norman requested a reasonable accommodations pursuant to the ADA.

10. Defendant initially granted Ms. Norman's reasonable accomodations.

11. On or about March 5, 2018, Ms. Norman's working hours were substantially reduced.

12. On or about April 5, 2018, Ms. Norman's employment was terminated.

13. Defendant is foreign limited liability company which is licensed to do business in the State of Nevada.

14. Defendant is an employer as defined by the ADA and NRS §613.330 because it has 15 or more employees.

/ / /

/ / /

**FIRST CAUSE OF ACTION**

**WRONGFUL TERMINATION FOR FILING A WORKERS' COMPENSATION CLAIM IN VIOLATION OF NEVADA'S PUBLIC POLICY**

15. Ms. Norman hereby repeats, re-alleges, and incorporates by reference paragraphs 1-14 contained above as though fully set forth herein.

16. On or about February 1, 2018, Ms. Norman sought initial medical treatment for her should that was progressively causing her discomfort and mobility restrictions.

17. Initially, Defendant accommodated Ms. Norman pursuant to the doctor's recommendations, but soon thereafter withdrew the accomodations without explanation.

18. On or about February 28, 2018, Ms. Norman's completed a C-4 filing a workers' compensation claim because the doctor had determined Ms. Norman's injury was caused by on the job repetitive motion.

19. The treating physician determined that Ms. Norman needed reasonable accomodations pursuant to the ADA while Ms. Norman's condition was being treated.

20. On or about March 5, 2018, Ms. Norman's working hours were substantially cut from 34-36 hours per week down to less than 10 hours per week.

21. On or about April 5, 2018, Ms. Norman while still recovering from her injuries, and prior to reaching maximum medical improvement, was terminated from her position by Defendant.

22. Ms. Norman has recovered from her injuries, and while she has some persistent medical issues, Ms. Norman's medical

restrictions would allow her to perform all the essential functions of her position with Defendant with reasonable accommodation.

23. Based upon information and belief, Defendant in whole or in part terminated Ms. Norman's employment in retaliation for her filing of a workers' compensation claim in violation of Nevada law.

24. Ms. Norman incurred lost wages as a result of Defendant's wrongful termination and is entitled to back pay in excess of ten thousand dollars.

25. Defendant's actions were done intentionally with malice and forethought knowing they would inflict undue injury upon Ms. Norman. Accordingly, Ms. Norman is legally entitled to receive punitive damages.

**SECOND CAUSE OF ACTION**

**VIOLATION OF THE ADA and NRS §613.330**

**(Disability Discrimination and Retaliation)**

26. Ms. Norman hereby repeats, re-alleges, and incorporates by reference paragraphs 1-25 contained above as though fully set forth herein.

27. After receiving medical treatment related to her shoulder injury which occurred at work Ms. Norman's doctor returned her to work with medical restrictions pursuant to the ADA's reasonable accomodations.

28. Ms. Norman was disabled at the time because her shoulder injury affected major life functions including preventing Ms. Norman from raising her arm above her shoulder and completing repetitive tasks such as folding cloths.

-4-

29. Ms. Norman notified her immediate supervisor and HR of her serious medical condition and requested accommodation.

30. Defendant initially accommodated Ms. Norman's restrictions.

31. After notifying Defendant of her need for accommodation, Defendant substantially cut Ms. Norman's working hours.

32. Based upon information and belief, Defendant in whole or in part terminated Ms. Norman's employment based upon her request for accommodation, disability, perceived disability and/or in retaliation for her engaging in protected activity in violation of the ADA and NRS §613.330.

33. Ms. Norman filed a timely charge of discrimination with the Nevada Equal Rights Commission ("NERC") and the Equal Employment Opportunity Commission ("EEOC").

34. Ms. Norman was issued a right to sue letter by the EEOC, and has timely filed this legal action.

35. Ms. Norman suffered consequential and compensatory losses, including but not limited to lost wages and emotional distress, in excess of ten thousand dollars.

36. Ms. Norman has a statutory right to punitive damages because the Defendant's managers and/or agents actions were wilful, knowing and intended to injure or otherwise cause harm to Ms. Norman thereby making their actions and refusal to take corrective measures malicious.

37. Ms. Norman has a statutory right to recover all attorney's fees and costs.

/ / /

-5-

WHEREFORE, Ms. Norman prays for judgment against Defendant NBC as follows:

1. For consequential and compensatory damages in an amount in excess of $10,000.00;
2. For punitive damages in excess of $10,000.00;
3. For all attorney's fees and costs incurred herein; and
4. For such other relief as the Court may deem just and proper.

Dated this 29th day of June, 2020.

> Respectfully submitted,
> Law Office of Mary F. Chapman, Ltd.
>
> /S/ Mary F. Chapman, Esq. #6591
> Mary F. Chapman, Esq.
> 8440 W. Lake Mead Blvd., Ste. 203
> Las Vegas, Nevada 89128
> Attorney for Plaintiff

- 6 -

Electronically Filed
6/29/2021 1:22 PM
Steven D. Grierson
CLERK OF THE COURT

IAF
Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223
(702)202-2003
maryf.chapman@juno.com
Attorney for Plaintiff

CASE NO: A-21-837103-C
Department 26

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SHANEQUA NORMAN, | Case No. |
| Plaintiff, | Dept. |
| vs. | |
| NBC OPERATIONS, LLC a Foreign Limited Liability Company licensed to do business in Nevada, | |
| Defendant. | |

**INITIAL APPEARANCE FEE**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees were submitted on June 29, 2021, for the party appearing in the above entitled action as indicated below:

Plaintiff Shanequa Norman         $ 270.00

Total Required Remittance         $ 270.00

DATED this 29th day of June, 2021.

                    Respectfully submitted,
                    Law Office of Mary F. Chapman, Ltd.

                    /S/ Mary F. Chapman, Esq. #6591
                    Mary F. Chapman, Esq.
                    8440 W. Lake Mead Blvd., Ste. 203
                    Las Vegas, Nevada 89128