TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
tdifillippo@atllp.com
bjohansson@atllp.com

*Attorneys for Defendant*
*NBC Operations, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANEQUA NORMAN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>NBC OPERATIONS, LLC a Foreign Limited Liability Company licensed to do business in Nevada,<br><br>                    Defendant. | Case No.:  2:21-cv-01415-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff Shanequa Norman ("Plaintiff") and Defendant NBC Operations, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Defendant's deadline to respond to Plaintiff's complaint **from August 5, 2021, to August 16, 2021**.

WHEREAS:

1.      Plaintiff filed suit against Defendant in the Eighth Judicial District Court of Clark County, Nevada on June 29, 2021.  ECF No. 1.

2.      On July 29, 2021, Defendant filed a Notice of Removal of Action in the Eighth Judicial District Court and a Petition for Removal in this Court.  ECF No. 1.

///

///

1

3. Federal Rule of Civil Procedure 81(c)(2)(C) requires that a defendant that has not answered or otherwise opposed a complaint must answer or present other defenses within 7 days after the notice of removal is filed.

4. Defendant's answer or motion is therefore currently due on August 5, 2021.

5. The Parties previously stipulated to an extension in state court to August 11, 2021.

6. Defendant ask for a few additional days, to August 16, 2021, as it just retained counsel.

7. Defendant needs additional time to adequately investigate and prepare its response to Plaintiff's complaint.

8. This extension request is sought in good faith and is not made for the purpose of delay.

9. This is the first request before this Court for a stipulation to extend Defendant's deadline to respond to Plaintiff's complaint.

10. Nothing herein shall be construed as a waiver or limit on Plaintiff's ability to seek remand.

THEREFORE, the Parties respectfully request an extension for Defendant to file its answer or motion from August 5, 2021, to, and including, August 16, 2021.


Dated:  August 4th, 2021                            Dated:  August 4th, 2021

ARMSTRONG TEASDALE LLP                 LAW OFFICE OF MARY CHAPMAN


By: */s/ Tracy A. DiFillippo*                        By: */s/ Mary F. Chapman*
    Tracy A. DiFillippo, Esq.                             Mary F. Chapman, Esq.
    Nevada Bar No. 7676                                   Nevada Bar No. 6591
    Brandon P. Johansson, Esq.                        8440 W. Lake Mead Blvd., Suite 203
    Nevada Bar No. 12003                                 Las Vegas, NV 89128
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, NV 89169                                  *Attorney for Shanequa Norman*

    *Attorneys for Defendant*
    *NBC Operations, LLC*

2

1

**ORDER**

2         **IT IS ORDERED** that, pursuant to a stipulation between the Parties and good cause

3    appearing, the deadline for Defendant to answer or otherwise oppose the complaint [ECF No. 1] is

4    extended from August 5, 2021, to, and including, August 16, 2021.

5         **IT IS SO ORDERED.**

6         DATED: this __5th__ day of August 2021.

7

8         _____

9         Daniel J. Albregts
          United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5 (b). and Section IV of District court of Nevada Electronic Filing Procedures, certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing was served:

☒      via electronic service to the parties listed in CMECF for this case.

Mary F. Chapman, Esq.
LAW OFFICE OF MARY F. CHAPMAND, LTD.
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Maryf.chapman@juno.com

*Attorneys for Plaintiff*

/s/ *Allie Villarreal*_____
An Employee of Armstrong Teasdale LLP

4