# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHANEQUA NORMAN,

    Plaintiff(s),

v.

NBC OPERATIONS, LLC,

    Defendant(s).

Case No. 2:21-cv-01415-RFB-DJA

**Order**

At the early neutral evaluation conducted today, both sides expressed ignorance as to the basic contours of the opposing party's claims or defenses. Hence, the Court has continued the ENE to enable the exchange of documents to foster a better understanding of the claims and defenses. In addition, the Court hereby **ORDERS** counsel to engage in meaningful dialogue (in-person, by telephone, or by video conference) regarding their settlement positions and their clients' claims or defenses.[1] This conference must take place by 3:00 p.m. on October 12, 2021.

Moreover, amended ENE statements must be submitted by 3:00 p.m. on October 13, 2021.

IT IS SO ORDERED.

Dated: September 29, 2021

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] Such discussion should have already taken place. *See* Fed. R. Civ. P. 26(f)(2) (identifying as a responsibility of counsel at the Rule 26(f) conference to discuss "the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case").

1