UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANEQUA NORMAN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>NBC OPERATIONS, LLC,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01415-RFB-DJA<br><br>**Order** |

　　　　The Court held an early neutral evaluation on September 29, 2021, Docket No. 21, which was continued so that the parties could better prepare themselves for meaningful discussion, Docket No. 22. In violation of the Court's order, Defendant failed to submit an amended evaluation statement. *See id.* at 1. Moreover, having reviewed Plaintiff's amended statement, the Court declines to invest further resources to hold the early neutral evaluation as it would appear that doing so would be futile. *Cf.* Local Rule 16-6(c) (the evaluating magistrate judge may exempt any case from the ENE program).

　　　　Accordingly, the Court hereby **VACATES** the continued early neutral evaluation.

　　　　IT IS SO ORDERED.

　　　　Dated: October 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge