TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
tdifillippo@atllp.com
bjohansson@atllp.com

*Attorneys for Defendant/Counter-Claimant*
*NBC Operations, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANEQUA NORMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>NBC OPERATIONS, LLC<br>a Foreign Limited Liability Company<br>licensed to do business in Nevada,<br><br>          Defendant. | Case No.:  2:21-cv-01415-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| NBC OPERATIONS, LLC, a Texas limited liability company,<br><br>          Counter-Claimant,<br><br>     vs.<br><br>SHANEQUA NORMAN,<br><br>          Counter-Defendant. | |

Plaintiff/Counter-Defendant Shanequa Norman and Defendant/Counter-Claimant NBC Operations, LLC, by and through their undersigned counsel, hereby stipulate to dismiss the above-entitled case in its entirety, with prejudice.

/ / /

/ / /

/ / /

1

Each party shall bear its own attorneys' fees and costs.

Dated: April 4th, 2022                                   Dated: April 4th, 2022

ARMSTRONG TEASDALE LLP                    LAW OFFICE OF MARY CHAPMAN

By: _/s/ Tracy A. DiFillippo_                     By: _/s/ Mary F. Chapman_
   Tracy A. DiFillippo, Esq.                          Mary F. Chapman, Esq.
   Nevada Bar No. 7676                                Nevada Bar No. 6591
   Brandon P. Johansson, Esq.                         8440 W. Lake Mead Blvd., Suite 203
   Nevada Bar No. 12003                               Las Vegas, NV 89128
   3770 Howard Hughes Parkway, Suite 200
   Las Vegas, NV 89169                                *Attorneys for Shanequa Norman*

*Attorneys for Defendant/Counter-Claimant
NBC Operations, LLC*

## ORDER

**IT IS ORDERED.**

DATED: this 5th day of April 2022.

_____
RICHARD E. BOULWARE, II
United States District Court